B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Basic Line, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>22-2196219 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>975 High Street<br>Perth Amboy, NJ                    ZIP Code 08861 | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Middlesex | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    *** Daniel M. Stolz (DS-1827) ***
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ■<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                                                  Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Basic Line, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:   - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ |
| | Signature of Attorney for Debtor(s)            (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____ (Name of landlord that obtained judgment) |
| _____ (Address of landlord) |
| ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                                            Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Basic Line, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ Daniel M. Stolz _____
Signature of Attorney for Debtor(s)

Daniel M. Stolz (DS-1827)
Printed Name of Attorney for Debtor(s)

WASSERMAN, JURISTA & STOLZ
Firm Name

225 Millburn Avenue
Suite 207
Millburn, NJ 07041
Address

Email: attys@wjslaw.com
(973) 467-2700  Fax: (973) 467-8126
Telephone Number

January 20, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Yaffa Licari _____
Signature of Authorized Individual

Yaffa Licari
Printed Name of Authorized Individual

President
Title of Authorized Individual

January 20, 2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## IN THE UNITED STATES BANKRUPTCY COURT

| | |
|---|---|
| **In the Matter of:** | } |
| | } Case No. |
| **BASIC LINE, INC.** | } Chapter 11 |
| | } |
| **Debtor** | } |

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, YAFFA LICARI, declare under penalty of perjury that I am the President of Basic Line, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Corporation at a special meeting duly called and held on the 20th day of January, 2010.

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Yaffa Licari, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Yaffa Licari, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Yaffa Licari, President of this Corporation is authorized and directed to employ Daniel M. Stolz (DS-1827) attorney and the law firm of WASSERMAN, JURISTA & STOLZ to represent the Corporation in such bankruptcy case."

Date: _Jan 20, 10_          Signed: _____
                                              YAFFA LICARI

Resolution of Board of Directors
of
BASIC LINE, INC.

Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Yaffa Licari, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Yaffa Licari, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Yaffa Licari, President of this Limited Liability  Company is authorized and directed to employ Daniel M. Stolz (DS-1827), attorney and the law firm of WASSERMAN, JURISTA & STOLZ to represent the Corporation in such bankruptcy case.

Date: Jan 20, 10                    Signed: _____
                                            YAFFA LICARI

BALANCE SHEET TO BE PROVIDED

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re    Basic Line, Inc.

Debtor(s)

Case No. _____

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Vito and Yaffa Licari 400 Chambers St., #24G New York, NY 10282 | Vito and Yaffa Licari 400 Chambers St., #24G New York, NY 10282 | loans and licensing fee | | 1,069,995.27 |
| Osterman & Company 726 South Main St Cheshire, CT 06410 | Osterman & Company 726 South Main St Cheshire, CT 06410 | Trade debt | | 470,217.55 |
| Sheina Associates 920 State St Perth Amboy, NJ 08861 | Sheina Associates 920 State St Perth Amboy, NJ 08861 | Unpaid Rent | | 467,741.97 |
| Manner Resins 105 Eastern Ave Annapolis, MD 21403 | Manner Resins 105 Eastern Ave Annapolis, MD 21403 | Trade debt | | 287,982.52 |
| Huntsman Polymers 10003 Woodloch Forest Dr Spring, TX 77380 | Huntsman Polymers 10003 Woodloch Forest Dr Spring, TX 77380 | Business Debt | | 280,890.50 |
| Resin Distribution, Inc. One Sculley Road Ayer, MA 01432 | Resin Distribution, Inc. One Sculley Road Ayer, MA 01432 | Trade debt | | 245,670.30 |
| Pinnacle Polymers Attn:  Accounts Receivable PO Drawer E Garyville, LA 70051 | Pinnacle Polymers Attn:  Accounts Receivable PO Drawer E Garyville, LA 70051 | Trade debt | | 235,404.00 |
| PSE&G PO Box 14106 New Brunswick, NJ 08906 | PSE&G PO Box 14106 New Brunswick, NJ 08906 | Utility Bills | | 157,000.00 |
| Constellation New Energy 810 Seventh Ave., Suite 400 New York, NY 10019 | Constellation New Energy 810 Seventh Ave., Suite 400 New York, NY 10019 | Utility Bills | | 48,518.92 |
| Spartan Polymers, Inc. Dept. 5330 PO Box 3090 Milwaukee, WI 53201 | Spartan Polymers, Inc. Dept. 5330 PO Box 3090 Milwaukee, WI 53201 | Trade debt | | 29,366.60 |
| American Express PO Box 1270 Newark, NJ 07101 | American Express PO Box 1270 Newark, NJ 07101 | Corporate Credit Card Purchases | | 28,439.85 |

B4 (Official Form 4) (12/07) - Cont.

In re    Basic Line, Inc.                                                    Case No.    _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Demetrius & Company, L.L.C. Wayne Interchange Plaza II 155 Route 46 Wayne, NJ 07470 | Demetrius & Company, L.L.C. Wayne Interchange Plaza II 155 Route 46 Wayne, NJ 07470 | Trade debt | | 25,200.00 |
| Royce Associates PO Box 823263 Philadelphia, PA 19182 | Royce Associates PO Box 823263 Philadelphia, PA 19182 | Trade debt | | 22,094.81 |
| Falcon Supply Co., Inc. 55 Randloph Avenue Avenel, NJ 07001 | Falcon Supply Co., Inc. 55 Randloph Avenue Avenel, NJ 07001 | Trade debt | | 20,416.59 |
| Riverdale Color Mfg., Inc. 1 Walnut St Perth Amboy, NJ 08861 | Riverdale Color Mfg., Inc. 1 Walnut St Perth Amboy, NJ 08861 | Trade debt | | 20,219.74 |
| President Container 200 West Commercial Ave Moonachie, NJ 07074 | President Container 200 West Commercial Ave Moonachie, NJ 07074 | Trade debt | | 12,497.39 |
| Michelle Licari 400 Chambers St., #24G New York, NY 10282 | Michelle Licari 400 Chambers St., #24G New York, NY 10282 | loan | | 11,738.14 |
| Shaw Polymers, LLC c/o Freeman & Mintz, P.A. 34 Tanner Street Haddonfield, NJ 08033 | Shaw Polymers, LLC c/o Freeman & Mintz, P.A. 34 Tanner Street Haddonfield, NJ 08033 | Trade debt | | 9,315.50 |
| Next Press, LLC PO Box 134 Ridgewood, NJ 07450 | Next Press, LLC PO Box 134 Ridgewood, NJ 07450 | Trade debt | | 8,666.20 |
| Rite Systems East, Inc. 337 timber Road Mooresville, NC 28115 | Rite Systems East, Inc. 337 timber Road Mooresville, NC 28115 | Trade debt | | 8,398.50 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    January 20, 2010                              Signature    /s/ Yaffa Licari

                                                                    Yaffa Licari
                                                                    President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## District of New Jersey

In re    Basic Line, Inc.

Debtor(s)

Case No.

Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 11,466.44 |
| Prior to the filing of this statement I have received | $ | 11,466.44 |
| Balance Due | $ | 0.00 |

2.   $  1,039.00   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

■ Debtor        ☐ Other (specify):

4.   The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    January 20, 2010

/s/ Daniel M. Stolz
Daniel M. Stolz
WASSERMAN, JURISTA & STOLZ
225 Millburn Avenue
Suite 207
Millburn, NJ 07041
(973) 467-2700   Fax: (973) 467-8126
attys@wjslaw.com

---

# United States Bankruptcy Court
## District of New Jersey

In re   Basic Line, Inc.                                        Case No.

                                               Debtor(s)          Chapter       11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     January 20, 2010                     /s/ Yaffa Licari

                                               Yaffa Licari/President
                                               Signer/Title

123 Quick Print
297 New Brunswick Ave
Perth Amboy, NJ 08861


3M
BCJ2049
PO Box 371227
Pittsburgh, PA 15250


A-1 Machine and Tool Co
543 Bayway Ave
Elizabeth, NJ 07202


ADT Security Systems
POBox 371967
Pittsburgh, PA 15250-7967


American Express
PO Box 1270
Newark, NJ 07101


American International Comp
22427 Network Place
Chicago, IL 60673-1224


Amerisource Funding, Inc.
7225 Langtry St
Houston, TX 77040


Arch Crown, Inc.
Princeton I.D. Solutions
177 Main Street, 3rd Fl
West Orange, NJ 07052


AT&T
P.O. Box 78522
Phoenix, AZ 85062


Banco Popular North America
9600 W. Bryn Mawr
Rosemont, IL 60018


Basell USA, Inc.
912 Appleton Road
Elkton, MD 21921

Bauer Factory Supply Company
685 Ramsey Ave
Hillside, NJ 07205


Bayview Emergency Assoc.
66 W. Gilbert Street
Red Bank, NJ 07701


BCR Mold & Tool
8 Roselle St
Linden, NJ 07036


Bear Transportation Services
PO Box 671020
Dallas, TX 75267


Belmont and Crystal Springs
Sparkletts Water of NA
PO Box 660579
Dallas, TX 75266


Breen Color Concentrates
774116
4116 Solutions Center
Chicago, IL 60677


Bressler & Duyk
60 State Highway 27
Edison, NJ 08820-3908


C.H. Robinson Company, Inc.
PO Box 9121
Minneapolis, MN 55480


Central Exterminating
1897 Woodbridge Ave
Edison, NJ 08817


Central Jersey Trucking & Rig.
333 Cedar Ave
Middlesex, NJ 08846


Constellation New Energy
810 Seventh Ave., Suite 400
New York, NY 10019

CSL Water Treatment, Inc.
156 Mt. Bethel Road
Warren, NJ 07059


D-K Tool & Die Welding
181 West Clay Ave
Roselle Park, NJ 07204


D-M-E Company and Nickerson Machinery Pl
c/o Bressler Duyk Law Firm
60 State Highway 27
Edison, NJ 08820-3908


Data Masons, Inc.
103 Triple Diamond Blvd
Unit #1
North Venice, FL 34275


Demetrius & Company, L.L.C.
Wayne Interchange Plaza II
155 Route 46
Wayne, NJ 07470


Diligenz, Inc.
6500 Harbour Heights Pkwy
Suite 400
Mukilteo, WA 98275


DME Company
Dept. Lockbox 78242
PO Box 3
Point Pleasant Beach, NJ 08742


Dun & Bradstreet
PO Box 75542
Chicago, IL 60675


E Commerce Services
1221 E. 14th St
Russellville, AR 72802


E-Z Way Mobile Storage Group
PO Box 10999
Burbank, CA 91510

```
Falcon Supply Co., Inc.
55 Randloph Avenue
Avenel, NJ 07001


Fedex
P.O. Box 371461
Pittsburgh, PA 15250


Fercho Transport, Inc.
PO Box 1375
Elizabeth, NJ 07207


Ferrell Gas
PO Box 173940
Denver, CO 80217-3940


GE Capital
PO Box 642555
Pittsburgh, PA 15264


General Electric Capital Corp
10 Riverview Drive
Danbury, CT 06810


General Electric Commercial Finance
10 Riverview Drive
Danbury, CT 06810


Generated LTD
327 Meadow Road
Edison, NJ 08818


George M. Boyd, Esq.
149 Kearny Ave
Perth Amboy, NJ 08861


Hillside Warehouse & Trucking
20 Northfield Ave
Edison, NJ 08818


Huntsman Corp.
c/o Tarnell-695 Account
72 Pine St
Providence, RI 02903
```

Huntsman Polymers
10003 Woodloch Forest Dr
Spring, TX 77380


Industrial Welding Supply, Inc.
4 Val Street
Sayreville, NJ 08872


Internal Revenue Service
Special Procedures Function
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Special Procedures
955 So. Springfield Avenue
Springfield, NJ 07081


Kinder Morgan
Dept 3019
PO Box 201607
Dallas, TX 75320


LMS Design Concepts
75 Second Street
Keyport, NJ 07735


M & G Tool Company
936 Hassison Ave
Kearny, NJ 07032


Mahadai Jagnandan
431 Leland Ave
Bronx, NY 10473


Maintainco, Inc.
65 East Leuning St
PO Box 1785
South Hackensack, NJ 07606


Manner Resins
105 Eastern Ave
Annapolis, MD 21403

Mannkraft Corporation
100 Frontage Road
Newark, NJ 07114


McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690


Michelle Licari
400 Chambers St., #24G
New York, NY 10282


Midco Waste Systems
5 Industrial Drive
New Brunswick, NJ 08901


Milacron Marketing Company
PO Box 740440
Atlanta, GA 30374


Mold Publishing Co., Inc.
45 North Avenue
PO Box 96
Garwood, NJ 07027


MSC Industrial Supply  Co.
Dept. CH 0075
Palatine, IL 60055


Neopost Leasing
PO Box 45822
San Francisco, CA 94145-0822


Next Press, LLC
PO Box 134
Ridgewood, NJ 07450


Nickerson Machinery
PO Box 213
Accord, MA 02018


NJ Division of Fire Safety
PO Box 809
Trenton, NJ 08625-0809

Northfield Savings Bank
1410 St. Georges Ave
Avenel, NJ 07001


NYK Logistics & MegaCarrier
Dept AT 952154
Atlanta, GA 31192


Osterman & Company
726 South Main St
Cheshire, CT 06410


Oxford Health Plans, Inc.
PO Box 1697
Newark, NJ 07101


Pinnacle Polymers
Attn: Accounts Receivable
PO Drawer E
Garyville, LA 70051


Premium Assignment Corporation
PO Box 3100
Tallahassee, FL 32315


President Container
200 West Commercial Ave
Moonachie, NJ 07074


Prime Lube
PO Box 539
Carteret, NJ 07008


Production Packaging Equipment
900 Shames Drive
Westbury, NY 11590


PSE&G
PO Box 14106
New Brunswick, NJ 08906


Quality Carton
1 International Avenue
Suite 610
Mahwah, NJ 07495

Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600


Raritan Bay Medical Center
PO Box 48701
Newark, NJ 07101-4871


Resin Distribution, Inc.
One Sculley Road
Ayer, MA 01432


Rite Systems East, Inc.
337 timber Road
Mooresville, NC 28115


Riverdale Color Mfg., Inc.
1 Walnut St
Perth Amboy, NJ 08861


Royce Associates
PO Box 823263
Philadelphia, PA 19182


Selective Insurance Company of America
P.O. Box 371468
Pittsburgh, PA 15250-7468


Shaw Polymers, LLC
c/o Freeman & Mintz, P.A.
34 Tanner Street
Haddonfield, NJ 08033


Sheina Associates
920 State St
Perth Amboy, NJ 08861


Shrink Packacing Systems Corp
15 Progress St
Edison, NJ 08820


Spartan Polymers, Inc.
Dept. 5330
PO Box 3090
Milwaukee, WI 53201

Spirex
PO Box 74731
Cleveland, OH 44194


State of New Jersey
Division of Employer Accounts
PO Box 077
Trenton, NJ 08625-0077


State of New Jersey
Division of Taxation
50 Barrack Street
P.O. Box 245
Trenton, NJ 08625


State of NJ
Dept of Labor and Workforce Development
PO Box 389
Attn: David Biglin
Trenton, NJ 08625-0072


State of NJ
Department of Labor
PO Box 929
Trenton, NJ 08646-0929


Sterling Commerce, Inc.
Commerce Services Group
PO Box 73199
Chicago, IL 60673


Toyota Financial Services
PO box 371339
Pittsburgh, PA 15250


United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170-0001


United Van Lines, LLC
22304 Network Place
Chicago, IL 60673

US Bancorp Equipment Finance, Inc.
Machine Tool Finance Group
PO Box 280789
Portland, OR 97281


US Bancorp. Leasing & Financial
Plastic Equipment Group
PO Box 2177
7659 S.W. Mohawk St
Tualatin, OR 97062


US Bancorp. Leasing & Financial
Plastic Equipment Group
PO Box 230789
Portland, OR 97281-0789


UTS Transport Services
PO Box 5801
Edison, NJ 08818


Verizon
PO Box 4833
Trenton, NJ 08650-4833


Verizon
PO Box 4648
Trenton, NJ 08650-4648


Verizon
PO Box 15124
Albany, NY 12212-5124


Vern Goerning
c/o Bradley J. Loberg, Esq.
Loberg, Stevens LLC
2520 W. Chicago Ave
Chicago, IL 60622


Vito and Yaffa Licari
400 Chambers St., #24G
New York, NY 10282


Willgain Enterprises
262 Lackland Drive East
Middlesex, NJ 08846

Zep Manufacturing Company
PO Box 3338
Boston, MA 02241


Zimmerer, Murray, Conyngham & Kunzier
Park 80 West, Plaza Two
Saddle Brook, NJ 07663