**WASSERMAN, JURISTA & STOLZ, P.C.**
225 Millburn Avenue - Suite 207
P.O. Box 1029
Millburn, New Jersey 07041
Phone: (973) 467-2700
Attorneys for Debtor
**SCOTT S. REVER (SR-1425)**

_____

|  | :UNITED STATES BANKRUPTCY COURT |
|---|---|
|  | :FOR THE DISTRICT OF NEW JERSEY |
|  | :CHAPTER 11 |
| In Re: | : |
|  | : |
| **BASIC LINE, INC.,** | : Case No.: 10-11474 KCF |
|  | : |
| Debtor. | : Honorable Kathryn C. Ferguson |
|  | : |
| _____ | : |

_____

### NOTICE OF MOTION FOR ENTRY OF AN ORDER APPROVING DEBTOR'S AGREEMENT WITH AMERISOURCE FOR POST-PETITION ACCOUNTS RECEIVABLES FINANCING PURSUANT TO SECTION 364 OF THE BANKRUPTCY CODE

_____

TO:   Office of the U.S. Trustee
      One Newark Center
      Suite 2100
      Newark, NJ  07102

      Mr. Andrew Allaire
      Amerisource Funding, Inc.
      7225 Langry Street
      Houston, TX  77040
      Representative of Amerisource Funding, Inc.

ALL PARTIES ON ANNEXED SERVICE LIST

ALL TAXING AUTHORITIES ON ANNEXED SERVICE LIST

**PLEASE TAKE NOTICE**, that on the date and time set forth in the Order Shortening Time transmitted herewith, the undersigned, as counsel for Basic Line, Inc., ("Debtor"), shall move before the Honorable Kathryn C. Ferguson, United States Bankruptcy Judge, at the United States Bankruptcy Court, 402 East State Street, 3rd Floor, Trenton, New Jersey  08608, seeking

the entry of an Order approving Debtor's agreement with Amerisource Funding, Inc. for post-petition accounts receivables financing pursuant to Section 364 of the Bankruptcy Court, together with such other and further relief as may be just and proper.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned shall rely upon the Motion filed herewith in support of the relief sought.

**PLEASE TAKE FURTHER NOTICE**, that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE**, that no brief is being filed herewith since the relief requested does not involve any novel or complex issues of law.

**PLEASE TAKE FURTHER NOTICE**, that all objections must be in writing, filed with the Clerk of the United States Bankruptcy Court, King Federal Building, 50 Walnut Street, 3rd Floor, P.O. Box 1352, Newark, New Jersey 07102, and a copy thereof must simultaneously be served upon Wasserman, Jurista & Stolz, P.C., Attn: Scott S. Rever, Esq., 225 Millburn Avenue, Suite 207, Millburn, New Jersey 07041 so as to be filed and received as set forth in the Order Shortening Time.

**PLEASE TAKE FURTHER NOTICE**, that in the absence of any objections, the relief requested hereunder may be granted without further notice.

                                      Respectfully submitted,

                                      **WASSERMAN, JURISTA & STOLZ, P.C.**
                                      Attorneys for Debtor

Date:  April 7, 2010                          */s/    SCOTT S. REVER*
                                                  SCOTT S. REVER